**Form 312**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Milton L. Wallace** | : | Case No. 17−11351−TPA |
| **dba MLW Stables** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| PNC Bank, N.A. | : | |
| *Movant(s),* | : | Related to Document No. 50 Related to |
| | : | Claim No. 10 |
| v. | : | |
| Milton Wallace, and | : | Hearing Date: 2/9/22 at 10:30 AM |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| *Respondent(s).* | : | |

# ORDER

    **AND NOW,** this ***The 15th of December, 2021,*** upon consideration of the ***Debtor(s)' Objection/Response to Payment Change Notification*** filed at Doc. No. 50 ("Objection") which relates to the *Payment Change Notification* filed at Claim No. 10,

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)    ***On or before , January 19, 2022, PNC Bank, N.A.*** shall file a ***Response*** to the *Objection* ("Response") specifically addressing each and every one of the objections asserted by the Debtor(s). Any *Response* filed by the Party originally filing the *Payment Change Notification* shall attach as an exhibit to the *Response:*

- (a) A complete and accurate loan payment history since the date of the last payment change;
- (b) A computation of the payment change in a format which is readily understandable by the Court and the Parties−in−Interest; and,
- (c) A declaration by a competent official of the Creditor substantiating the veracity and accuracy of all matters pertaining to the requested *Payment Change Notification.*

    (2)    A hearing on the *Objection* is scheduled for ***February 9, 2022*** at ***10:30 AM*** in . See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

    (3)    ***If on or before January 26, 2022,*** the Parties resolve the *Objection*, a ***Consent Order*** shall be filed. If a *Consent Order* is timely filed, the above−scheduled hearing may be cancelled and the *Consent Order* considered.

continued on reverse side or next page

   (4) If **on or before January 28, 2022,** no *Response* is filed to the *Objection*, the Debtor(s) shall file a **Certificate of No Objection**. If a *Certificate of No Objection* is timely filed, the above–scheduled hearing will be cancelled and the Court will consider the matter.

   (5) Movant(s) shall ***immediately*** serve this *Order* on any affected Party(ies) and file a **Certificate of Service** with the Clerk within five (5) days of this Order.

                                _____
                                 Thomas P. Agresti, Judge
                                 United States Bankruptcy Court

Case Administrator to serve:
  Counsel for the Movant(s)