Form 312

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Milton L. Wallace** : | Case No. 17−11351−TPA |
| **dba MLW Stables** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| PNC Bank, N.A. : | |
| *Movant(s),* : | Related to Document No. 50 Related to |
| : | Claim No. 10 |
| v. : | |
| Milton Wallace, and : | Hearing Date: 2/9/22 at 10:30 AM |
| Ronda J. Winnecour, Esq. : | |
| Chapter 13 Trustee : | |
| *Respondent(s).* : | |

# ORDER

*AND NOW,* this ***The 15th of December, 2021,*** upon consideration of the ***Debtor(s)' Objection/Response to Payment Change Notification*** filed at Doc. No. 50 ("Objection") which relates to the *Payment Change Notification* filed at Claim No. 10,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before , January 19, 2022, PNC Bank, N.A.** shall file a ***Response*** to the *Objection* ("Response") specifically addressing each and every one of the objections asserted by the Debtor(s). Any *Response* filed by the Party originally filing the *Payment Change Notification* shall attach as an exhibit to the *Response:*

(a) A complete and accurate loan payment history since the date of the last payment change;
(b) A computation of the payment change in a format which is readily understandable by the Court and the Parties−in−Interest; and,
(c) A declaration by a competent official of the Creditor substantiating the veracity and accuracy of all matters pertaining to the requested *Payment Change Notification.*

(2) A hearing on the *Objection* is scheduled for **February 9, 2022** at **10:30 AM** in . See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) ***If on or before January 26, 2022,*** the Parties resolve the *Objection*, a ***Consent Order*** shall be filed. If a *Consent Order* is timely filed, the above−scheduled hearing may be cancelled and the *Consent Order* considered.

continued on reverse side or next page

(4)   If *on or before January 28, 2022,* no *Response* is filed to the *Objection*, the Debtor(s) shall file a **Certificate of No Objection**. If a *Certificate of No Objection* is timely filed, the above−scheduled hearing will be cancelled and the Court will consider the matter.

(5)   Movant(s) shall *immediately* serve this *Order* on any affected Party(ies) and file a **Certificate of Service** with the Clerk within five (5) days of this Order.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Counsel for the Movant(s)

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-11351-TPA
Milton L. Wallace Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: nsha      Page 1 of 2
Date Rcvd: Dec 15, 2021      Form ID: 312      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Milton L. Wallace dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor PNC BANK NA jprostko@c-vlaw.com jamesprostko@gmail.com |
| Maria Miksich | on behalf of Creditor PNC BANK NA mmiksich@kmllawgroup.com |
| Michael P. Kruszewski | on behalf of Creditor Saint Vincent Health Center d/b/a Saint Vincent Hospital mkruszewski@quinnfirm.com, mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC BANK NA pawb@fedphe.com |

District/off: 0315-1   User: nsha   Page 2 of 2
Date Rcvd: Dec 15, 2021   Form ID: 312   Total Noticed: 0
TOTAL: 7