**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/12/2022

IN RE:

MILTON L. WALLACE
2170 THOMPSON HILL ROAD
RUSSELL, PA 16345
XXX-XX-4012           Debtor(s)

Case No. 17-11351 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/12/2022

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LOWES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  2225 |
| **NORTHWEST SAVINGS BANK\*\***<br>COLLECTIONS DEPT\*<br>POB 337\*<br>WARREN, PA  16365 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL\*650.76x(60+2)=LMT\*2ND/SCH\*$0ARRS/PL-CL | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  0138 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL@PNC MTG/PL\*PMT/DECLAR\*DKT4PMT-LMT\*BGN 1/18\*LATE\*DTR OBJ 2 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  0710 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM:  1,061.96<br>COMMENT:  1207.36/PL\*15/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  4012 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM:  1,340.79<br>COMMENT:  $/CL-PL\*16/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  4012 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM:  3,565.13<br>COMMENT:  CITIBANK/THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5253 |
| **COMMERCIAL ACCEPTANCE**<br>2300 GETTYSBURG RD<br>CAMP HILL, PA  17011 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ANESTHESIA CNSLTNTS OF ERIE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  WW84 |
| **JOHN WIGGERS & SONS**<br>RTE 474<br>POB 338<br>CLYMER, NY  14724 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM:  4,149.06<br>COMMENT:  NO ACCT/SCH-CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ORTHOPAEDIC AND SPORTS MEDICINE OF ERII**<br>100 PEACH ST STE 400<br>ERIE, PA  16507 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM:  1,221.63<br>COMMENT:  0776/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1958 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM:  15,316.48<br>COMMENT:  0200/SCH\*STMT THRU 12/31/17 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4012 |

| Creditor | Trustee Claim | Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  14,736.78<br>COMMENT:  0001/SCH*STMT THRU 12/31/17 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4012 |
| **PATHOLOGY ASSOCIATES OF ERIE**<br>5700 SOUTHWYCK BLVD<br><br>TOLEDO, OH  43614 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7979 |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br><br>GIBBSBORO, NJ  08026 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~WARREN GNRL HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0040 |
| **ST VINCENT HEALTH CENTER**<br>232 W 25TH ST<br><br>ERIE, PA  16544 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ST VINCENT INSTITUTE*++**<br>C/O MEDICAL RECEIVABLES MGT<br>3530 PEACH ST LL1<br>ERIE, PA  16508 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7303 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~LOWES/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2225 |
| **SYNERPRISE CONSULTING SERVICE**<br>2808 REGAL RD STE 107<br><br>PLANO, TX  75075 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ARIS RDLGY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8012 |
| **TRACTOR SUPPLY/CBSD**<br>PO BOX 6500<br><br>SIOUS FALLS, SD  57117 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4682 |
| **UNITED COLLECTION SERVICE**<br>106 COMMERCE ST STE 101<br><br>LAKE MARY, FL  32746 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  EMERGYCARE AMBULANCE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8092 |
| **ANESTHESIA CONSULTANTS OF ERIE**<br>225 WEST 25TH ST<br><br>ERIE, PA  16502 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ARIS RADIOLOGY**<br>PO BOX 50668<br>KNOXVILLE, TN 37950 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **EMERGYCARE INC**<br>1701 SASSAFRAS ST<br>ERIE, PA 16502 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WARREN GENERAL HOSPITAL**<br>TWO CRESENT PARK<br>WARREN, PA 16365 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 192.13<br>COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4012 |
| **ST VINCENT HEALTH CENTER**<br>232 W 25TH ST<br>ERIE, PA 16544 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:5-2<br>CLAIM: 43,487.61<br>COMMENT: NT/SCH*AMD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4012 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 149.27<br>COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4012 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 1,306.48<br>COMMENT: $0ARRS/PL*THRU 12/17*LATE | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0710 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |