

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH  45401-1820

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH  45401-1820
1-800-822-5626

FILED
1/19/22 12:57:06 p.m.
CLERK
U.S. BANKRUPTCY
COURT - WDPA

01/19/2022

U.S. Bankruptcy Court
WESTERN DISTRICT OF PENNSYLVANIA (Erie)

17 South Park Row
Room B160
Erie, PA 16501

Debtor Milton L. Wallace

Case Number 17-11351

Dear Bankruptcy Court:

Milton L. Wallace           is the mortgagor on PNC Mortgage loan xxxxxx 0710

Please withdraw the Notice of Mortgage Payment Change that was filed on 11/26/2021 as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.


Sincerely,



/s/ Jodi Porter

Bankruptcy Specialist