**PNC BANK**

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH 45401-1820

PNC Mortgage Customer Service Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820
1-800-822-5626

FILED
1/20/22 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

FILED
1/19/22 12:57:06 p.m.
CLERK
U.S. BANKRUPTCY
COURT - WDPA

01/19/2022

U.S. Bankruptcy Court
WESTERN DISTRICT OF PENNSYLVANIA (Erie)

17 South Park Row
Room B160
Erie, PA 16501

**Debtor** Milton L. Wallace

**Case Number** 17-11351

Dear Bankruptcy Court:

Milton L. Wallace is the mortgagor on PNC Mortgage loan xxxxxx 0710

Please withdraw the Notice of Mortgage Payment Change that was filed on 11/26/2021 as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Jodi Porter

Bankruptcy Specialist

SO ORDERED
January 20, 2022

*[signature]*
nms

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-11351-TPA
Milton L. Wallace     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Milton L. Wallace, 2170 Thompson Hill Road, Russell, PA 16345-2544 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NA bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Milton L. Wallace dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor PNC BANK NA jprostko@c-vlaw.com jamesprostko@gmail.com |
| Maria Miksich | on behalf of Creditor PNC BANK NA mmiksich@kmllawgroup.com |
| Michael P. Kruszewski | on behalf of Creditor Saint Vincent Health Center d/b/a Saint Vincent Hospital mkruszewski@quinnfirm.com, mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Jan 20, 2022 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Thomas Song
   on behalf of Creditor PNC BANK NA pawb@fedphe.com

TOTAL: 8