Certificate Number: 03088-PAW-DE-037063169

Bankruptcy Case Number: 17-11351



03088-PAW-DE-037063169

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2022, at 2:24 o'clock PM CST, Milton L Wallace completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: December 26, 2022

By: /s/Brianna M Glynn

Name: Brianna M Glynn

Title: Counselor