**Fill in this information to identify the case:**

Debtor 1 __Milton L. Wallace__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western__ District of __PA__
(State)

Case number __17-11351-GLT__

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Northwest Bank

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 0 1 3 8

**Property address:** 2170 Thompson HIll Road
Number    Street

Russell    PA    16345
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 04/18/2023
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ 0.00

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became    __/__/____
due on:    MM / DD / YYYY

Debtor 1  **Milton L. Wallace**
         First Name   Middle Name   Last Name

Case number (*if known*) 17-11351-GLT

| Part 4: | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

| Part 5: | **Sign Here** |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Angela Sheffler Abreu
  Signature

Date  04 / 12 / 2023

Print  **Angela Sheffler Abreu**
       First Name   Middle Name   Last Name

Title  **Corporate Vice President**

Company  **Northwest Bank**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  **PO Box 337**
         Number    Street

**Warren**           **PA**        **16365**
City                 State         ZIP Code

Contact phone  **(814) 728- 7420**

Email  **heather.mauro@northwest.com**

Form 4100R    Response to Notice of Final Cure Payment    page **2**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 17-11351-GLT |
| | : | |
| Milton L. Wallace | : | |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Judge Taddonio |

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses and manner specified below on April 12, 2023.

Milton L. Wallace
2170 Thompson Hill Road
Russell, PA  16345
*Via US Mail*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Via ECF*

Daniel P. Foster
1210 Park Avenue
Meadville, PA  16335
*Via ECF*

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*Via ECF*

By:  /s/  Angela Sheffler Abreu
Angela Sheffler Abreu
Loss Mitigation Manager
Corporate Vice President
Northwest Bank
100 Liberty Street
P.O. Box 128
Warren, PA 16365
Phone: 814-728-7420