IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/11/23 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MILTON L. WALLACE

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:17-11351

Chapter 13

Document No.: 70

ORDER OF COURT

AND NOW, this ___11th___ day of ___April___, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
Gregory L. Taddonio     jlm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11351-GLT |
| Milton L. Wallace | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milton L. Wallace, 2170 Thompson Hill Road, Russell, PA 16345-2544 |
| 14750339 | + | Anesthesia Consultants of Erie, 232 West 25th Street, Erie, PA 16544-0002 |
| 14750340 | + | Aris Radiology, 5655 Hudson Drive, Suite 210, Hudson, OH 44236-4455 |
| 14750342 | + | CNH Capital, Attn: Bankruptcy, Po Box 292, Racine, WI 53401-0292 |
| 14750346 | ++ | FIRST NIAGARA BANK, PO BOX 514, LOCKPORT NY 14095-0514 address filed with court:, First Niagara Bank, 6950 South Transit Road, Lockport, NY 14094 |
| 14750350 | + | John Wiggers & Son Inc, 7700 Route 474, PO Box 338, Clymer, NY 14724-0338 |
| 14750351 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14750352 | + | Orthopaedic & Sports Med of Erie PC, 100 Peach Street, Suite 400, Erie, PA 16507-1423 |
| 14750355 | + | Pathology Associates of Erie, 5700 Southwyck Boulevard, Toledo, OH 43614-1509 |
| 14750357 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14761065 | + | Saint Vincent Institute, 3530 Peach Street, LL1, Erie, PA 16508-2768 |
| 14750363 | + | United Collection Services, 106 Commerce Street, Suite 101, Lake Mary, FL 32746-6217 |
| 14750364 | + | Warren General Hospital, Two Crescent Park West, Warren, PA 16365-2199 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14750341 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2023 23:57:13 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14750343 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2023 23:48:00 | Comenity Bank / Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14750344 | + | Email/Text: dylan.succa@commercialacceptance.net | Apr 11 2023 23:48:00 | Commercial Acceptance, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 14750345 | + | Email/Text: Billing_Paperwork@emergycare.org | Apr 11 2023 23:49:00 | Emergycare Inc., 1701 Sassafras Street, Erie, PA 16502-1857 |
| 14750348 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 11 2023 23:48:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14750353 | + | Email/Text: bankruptcynotices@psecu.com | Apr 11 2023 23:49:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14750354 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14890159 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2023 23:48:00 | PNC Bank, N.A., Attention: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, |

Case 17-11351-GLT  Doc 79  Filed 04/13/23  Entered 04/14/23 00:26:59  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | OH 45342 |
| 14761064 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2023 23:48:00 | PNC Mortgage, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14775605 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2023 23:57:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14750910 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 11 2023 23:57:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14750356 | ^ | MEBN | Apr 11 2023 23:40:29 | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 14750358 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 23:57:00 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14750359 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 23:57:18 | Synchrony Bank / Select Comfort, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14750360 | + | Email/Text: amccoy@synerpriseconsulting.com | Apr 11 2023 23:49:00 | Synerprise Consulting Services Inc, 2809 Regal Road, Suite 107, Plano, TX 75075-6349 |
| 14750362 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2023 23:57:23 | Tractor Supply / CBCD / Citicorp, Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 14761066 | + | Email/Text: BAN5620@UCBINC.COM | Apr 11 2023 23:48:00 | United Collection Bureau Inc, 5620 Southwyck Boulevard, Suite 206, Toledo, OH 43614-1501 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NA |
| cr | | Saint Vincent Health Center, d/b/a Saint Vincent H |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14750349 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14750347 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14750361 | ##+ | Tdrcs / Cub Cadet, 1000 Macarthur Boulevard, Mahwah, NJ 07430-2035 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2023       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

**Name**            **Email Address**

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 30 |

Brian Nicholas
    on behalf of Creditor PNC BANK NA bnicholas@kmllawgroup.com

Daniel P. Foster
    on behalf of Debtor Milton L. Wallace dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

James A. Prostko
    on behalf of Creditor PNC BANK NA jprostko@c-vlaw.com  jamesprostko@gmail.com

Maria Miksich
    on behalf of Creditor PNC BANK NA mmiksich@kmllawgroup.com

Michael P. Kruszewski
    on behalf of Creditor Saint Vincent Health Center  d/b/a Saint Vincent Hospital mkruszewski@quinnfirm.com,
    slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor PNC BANK NA pawb@fedphe.com

TOTAL: 8