**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Milton L. Wallace | : | Bankruptcy No: 17-11351-GLT |
| *Debtor*, | : | Chapter 13 |
| vs. | : | |
| | : | DOCKET NO.: 80 |
| Aris Radiology, | : | |
| *Movant*, | : | |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:**        **Aris Radiology**
**Incorrect Address:**   **5655 Hudson Drive Suite 210 Hudson, OH 44236-4455**
**Correct Address:**      **5655 Hudson Drive #210 Hudson, OH 44236**

Respectfully Submitted,

Date: <u>April 24, 2023</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors