**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Milton L. Wallace,   : Bankruptcy No: 17-11351-GLT
　　*Debtor*,   : Chapter 13
　　vs.   :
　　　　: DOCKET NO.: 81
Aris Radiology,   :
　　*Movant*,   :

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:** **Aris Radiology**
**Incorrect Address:** **5655 Hudson Drive #210 Hudson, OH 44236**
**Correct Address:** **5655 Hudson Drive Suite #210 Hudson, OH 44236**

　　　　　　　　　　　　Respectfully Submitted,

Date: May 5, 2023　　　　　/s/Daniel P. Foster, Esquire
　　　　　　　　　　　　Daniel P. Foster, Esquire
　　　　　　　　　　　　PA I.D. #92376
　　　　　　　　　　　　FOSTER LAW OFFICES
　　　　　　　　　　　　1210 Park Avenue
　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　Tel: 814.724.1165
　　　　　　　　　　　　Fax: 814.724.1158
　　　　　　　　　　　　Dan@MrDebtBuster.com
　　　　　　　　　　　　Attorney for Debtors