**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MILTON L. WALLACE | Case No.:17-11351 GLT |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/27/2017 and confirmed on 03/22/2018. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 102,357.00 |
| Less Refunds to Debtor | 672.68 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,684.32 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 4,621.11 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,621.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NORTHWEST SAVINGS BANK** | 0.00 | 39,045.60 | 0.00 | 39,045.60 |
|     Acct: 0138 | | | | |
|   PNC BANK NA | 0.00 | 46,008.86 | 0.00 | 46,008.86 |
|     Acct: 0710 | | | | |
|   PNC BANK NA | 1,306.48 | 1,306.48 | 0.00 | 1,306.48 |
|     Acct: 0710 | | | | |
| | | | | 86,360.94 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MILTON L. WALLACE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MILTON L. WALLACE | 672.68 | 672.68 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 1,061.96 | 1,061.96 | 0.00 | 1,061.96 |
|     Acct: 4012 | | | | |

| 17-11351 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,340.79 | 1,340.79 | 0.00 | 1,340.79 |
|     Acct: 4012 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 58.99 | 58.99 | 0.00 | 58.99 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | | |
| | | | | 2,461.74 |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,565.13 | 228.13 | 0.00 | 228.13 |
|     Acct: 5253 | | | | |
|   COMMERCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: WW84 | | | | |
|   JOHN WIGGERS & SONS | 4,149.06 | 265.50 | 0.00 | 265.50 |
|     Acct: | | | | |
|   ORTHOPAEDIC AND SPORTS MEDICINE C | 1,221.63 | 19.18 | 0.00 | 19.18 |
|     Acct: 1958 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 15,316.48 | 980.10 | 0.00 | 980.10 |
|     Acct: 4012 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 14,736.78 | 943.01 | 0.00 | 943.01 |
|     Acct: 4012 | | | | |
|   PATHOLOGY ASSOCIATES OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7979 | | | | |
|   QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0040 | | | | |
|   ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7303 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2225 | | | | |
|   SYNERPRISE CONSULTING SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8012 | | | | |
|   TRACTOR SUPPLY/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4682 | | | | |
|   UNITED COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8092 | | | | |
|   PA DEPARTMENT OF REVENUE* | 192.13 | 12.29 | 0.00 | 12.29 |
|     Acct: 4012 | | | | |
|   ST VINCENT HEALTH CENTER | 43,487.61 | 2,782.77 | 0.00 | 2,782.77 |
|     Acct: 4012 | | | | |
|   INTERNAL REVENUE SERVICE* | 149.27 | 9.55 | 0.00 | 9.55 |
|     Acct: 4012 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2225 | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANESTHESIA CONSULTANTS OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ARIS RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EMERGYCARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WARREN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 5,240.53 |
| **TOTAL PAID TO CREDITORS** | | | | 94,063.21 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,461.74 |
| SECURED | 1,306.48 |
| UNSECURED | 82.818.09 |

Date: 06/06/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com